BRIAN K. NAGATANI (CSB NO. 208632)
HIXSON NAGATANI LLP
2021 The Alameda, Suite 240
San Jose, CA 95126
Telephone: +1.408.486.9955
Facsimile: +1.408.727.6617
brian@hnemploymentlaw.com

Attorneys for Defendant,
ASC THERAPEUTICS, INC.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LAN FENG, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ASC THERAPEUTICS, INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 4:22-cv-02154-HSG<br><br>**DEFENDANT ASC THERAPEUTICS, INC.'S AMENDED NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND DISMISS ACTION PURSUANT TO F.R.C.P. RULE 12(B)(6) OR, IN THE ALTERNATIVE, STAY PROCEEDINGS**<br><br>Date: September 8, 2022<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Location: Courtroom 2 |

# NOTICE OF MOTION

**TO PLAINITFF LAN FENG AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on September 8, 2022, at 2:00 p.m., in Courtroom 2 of the United States District Court, Northern District of California – Oakland Division, located at 1301 Clay Street, Oakland, California 94612, Defendant ASC Therapeutics, Inc. ("Defendant") will and hereby does move this Court for an order: (1) compelling Plaintiff Lan Feng's ("Plaintiff") claims to arbitration under the Federal Arbitration Act, 9 U.S.C. §1 *et seq*. ("FAA"), in accordance with the terms of the arbitration agreement to which she agreed; and (2) dismissing this action under Federal Rules of Civil Procedure Rule 12(b)(6) or, in the alternative, staying all civil court proceedings pending completion of arbitration pursuant to Section 3 of the FAA, 9 U.S.C. §3.

This Motion is made on the grounds that all of Plaintiff's claims are subject to final and binding arbitration pursuant to the agreement into which she entered at the inception of her employment with Defendant. Defendant thus moves to compel arbitration of Plaintiff's claims pursuant to Section 4 of the FAA, 9 U.S.C. §4. Defendant further moves for dismissal of Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6) because Plaintiff's Complaint fails to state a claim upon which relief can be granted as a consequence of her arbitration agreement with Defendant. *Sparling v. Hoffman Constr. Co.*, 864 F.2d 635, 638 (9th Cir. 1988). If the Court declines to dismiss the case, Defendant alternatively moves this Court for an order staying the matter, pursuant to 9 U.S.C. §3.

Defendant's Motion is based on this Notice, the Memorandum of Points and Authorities, the Declarations of Ruhong Jiang, Nan Sheng, and Brian K. Nagatani filed in support of Defendant's Motion, the papers and pleadings on file in this case, and all other evidence and argument as may be presented at the hearing on the Motion.

Dated: April 13, 2022         HIXSON NAGATANI LLP

By _____
BRIAN K. NAGATANI

Attorneys for Defendant,
ASC THERAPEUTICS, INC.