David Markevitch (SBN: 256163)
dm@agzlaw.com
**AFFELD GRIVAKES LLP**
1261 Lincoln Avenue, Ste. 208
San Jose, CA 95125
Telephone: (408) 463-6802
Facsimile: (408) 503-0889

Attorneys for Plaintiff LAN FENG

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| Plaintiff LAN FENG, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>ASC THERAPEUTICS, INC., a Delaware corporation, and DOES 1-50, inclusive.<br><br>            Defendants. | Case No. 4:22-cv-02154-HSG<br><br>**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL** |

## ORDER

The Court, having received and reviewed the Parties' Stipulation of Voluntary Dismissal, hereby ORDERS that this matter is DISMISSED without prejudice, all Parties to bear own fees and costs.

IT IS FURTHER ORDERED THAT all future hearings be vacated.

1

1 | **IT IS SO ORDERED.**
2
3 | Dated: 6/28/2022
4 | Hon. Haywood S. Gilliam, Jr.
United States District Judge

2

**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL**
Case No. 4:22-cv-02154-HSG